IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ohio Farmers Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Graham Construction Services, Inc., et. al., | ) | |
| | ) | Case No. 4:11-cv-081 |
| Defendants. | ) | |

Before the court is a motion for attorney Timothy A. Sullivan to appear *pro hac vice* on behalf of Defendant Adventure Divers, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Timothy A. Sullivan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 73) is **GRANTED**. Attorney Timothy A. Sullivan is admitted to practice before this court in the above-entitled action on behalf of Defendant Adventure Divers, Inc.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court